# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| United States of America, | ) |
| Plaintiff | ) Case No. 3:23-CR-00125 |
| v. | ) |
| Brandon Wesley Rogers, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Without waiving any defenses whatsoever, including those to service of process, the undersigned hereby gives notice to this Honorable Court and all counsel of record that Marcos M. Garza and the Garza Law Firm, PLLC, shall be counsel of record for Brandon Wesley Rogers, in the above-captioned matter.

Respectfully submitted, this 29TH day of August 2023.

s/ Marcos M. Garza
Marcos M. Garza, BPR #021483
Daniel B. Morrell, BPR #034365
Joseph Della-Rodolfa, BPR #01862
Dan T. Woodard, BPR #039575
J. Michael Clement, BPR #012026
Attorneys for Defendants
GARZA Law Firm, PLLCI
550 West Main St, STE. 340
Knoxville, TN 37902
865-540-8300
Fax. 865-474-9397

## CERTIFICATE OF SERVICE

       I hereby certify that on August 25 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                              ls/Marcos M. Garza
                                              Attorney