# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **CASE NO. 3:23-CR-00125** |
| v. ) | |
| ) | **JUDGE CAMPBELL** |
| **BRANDON WESLEY ROGERS** ) | |

## UNOPPOSED MOTION FOR EVALUATION

Comes now the Defendant, Brandon Wesley Rogers, by and through counsel, and respectfully moves this Honorable Court to allow Mr. Rogers to participate in an evaluation conducted by an expert for potential use in mitigation, if necessary. After consultation with the evaluator, Mr. Rogers further moves for an order requiring the facility in which he is housed to provide a private room with a common 110-volt electrical outlet. Counsel for Mr. Rogers has consulted with counsel for the government and the government does not object.

Respectfully submitted,

_____
Joseph Della-Rodolfa, BPR No. 018620
Marcos M. Garza, BPR No. 021483
GARZA LAW FIRM, PLLC
550 W. Main Street, Suite 340
Knoxville, TN 37902
Telephone: 865-540-8300

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system.

Dated: November _____, 2023

_____
Joseph Della-Rodolfa