**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **CASE NO. 3:23-CR-00125** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **BRANDON WESLEY ROGERS** | ) | |

## ORDER GRANTING MOTION FOR EVALUATION

Upon Motion by the Defendant, Brandon Wesley Rogers, the Court grants Mr. Rogers authorization to participate in an evaluation, to be conducted at Mr. Rogers' location of incarceration. The facility shall provide the expert with a private location where he may be able to use a common 110-volt electrical outlet during his evaluation.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT COURT JUDGE